UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. <u>14-CR-20378</u>-Martinez

UNITED STATES OF AMERICA

v.

JOSE MANUEL LOPEZ MORALES,

Defendant.
_____/

## STIPULATED FACTUAL PROFFER IN SUPPORT OF PLEA

If this matter were to proceed to trial, the Government would prove the following facts beyond a reasonable doubt. The Parties agree that these facts, which do not include all facts known to the Government and the Defendant, **JOSE MANUEL LOPEZ MORALES**, are sufficient to prove the guilt of the Defendant of the above-referenced Indictment:

Co-conspirator testimony and corroborating evidence would show that, from approximately 2005 until approximately June 2014, the Defendant operated as a receipt and transport coordinator for drug loads and drug proceeds in Guatemala on behalf of various drug trafficking organizations in Central America. Beginning in mid-2013, a group of individuals conspired together with the Defendant to send cocaine from Colombia to Central America, with the knowledge and understanding that at least a portion of this cocaine would be imported into the United States. More specifically, as part of the conspiracy, on or about July 6, 2013, the Defendant and several co-conspirators met in Guatemala to discuss the logistics of an upcoming shipment of cocaine that would be sent by airplane from La Guajira, Colombia to Rio Dulce,

1

*Court Exhibit #1*

Guatemala.  The Defendant's role in the venture, among other things, was to help receive the cocaine in Rio Dulce and then transport it north to the border of Guatemala and Mexico.  On or about January 11, 2014, the airplane departed La Guajira as planned carrying cocaine bricks with "Rana" stamped upon them.  Thereafter, on or about January 11, 2014, at the Aeroclub airstrip in Rio Dulce, law enforcement seized 18 bags, each containing 25 bricks of cocaine, for a total of 450 kilograms.  The majority of the kilograms had "Rana" stamped upon them.  Law enforcement monitoring electronic signals put out by cellular telephones detected the geo-locational signal of a telephone known to be used by the Defendant in the area of the airstrip that day.

In addition, on or about April 22, 2014, the Defendant and others trafficked approximately 743 kilograms of cocaine through Honduras within a large cattle truck. Honduran police stopped this truck as it traveled through Honduras and successfully interdicted the load of cocaine.  About five days later, on April 27, 2014, the Defendant and others successfully trafficked approximately 201 kilograms of cocaine through Honduras and into Guatemala, with knowledge and understanding that this cocaine would be imported into the United States.  On or about May 4, 2014, the Defendant and others transported cocaine proceeds via a vehicle containing approximately $2,300,000 and another vehicle containing

approximately $2,700,000 through Guatemala. Law enforcement in Guatemala stopped one of these vehicles before it entered Honduras and seized $2,300,000 of drug proceeds.

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

Date: 11·9·17            By: _____
                              WALTER M. NORKIN
                              ASSISTANT UNITED STATES ATTORNEY

Date: 11/9/17            By: _____
                              ROBERT FEITEL, ESQ..
                              ATTORNEY FOR DEFENDANT

Date: 11/9/17            By: _____
                              JOSE MANUEL LOPEZ MORALES
                              DEFENDANT