UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. <u>14-CR-20378</u>-Martinez

UNITED STATES OF AMERICA

v.

JOSE MANUEL LOPEZ MORALES,

Defendant.
_____/

## ORDER ON GOVERNMENT'S SECOND MOTION TO REDUCE SENTENCE UNDER RULE 35

**THIS CAUSE** having come before the Court on the Government's Second Motion To Reduce Sentence Under Rule 35 [DE 57] for a Sentence Reduction Pursuant to Federal Rules of Criminal Procedure 35(b) and after full consideration of the position of the Government and the Defendant, who joins in the Government's Motion, it is hereby:

**ORDERED AND ADJUDGED** that the Second Motion for a Reduction of Sentence [DE 57] is **GRANTED**. The defendant's previously imposed sentence of fifty-seven (57) months imprisonment is reduced to **TIME SERVED**.

**DONE AND ORDERED** in chambers at Miami, Florida, this 23rd day of July, 2021.

_____
HON. JOSE E. MARTINEZ
UNITED STATE DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

Copies furnished to:   All Counsel of Records
United States Bureau of Prisons
Probation Office, U.S. District Court for the Southern District of Florida
U.S. Marshal Service